LABATON SUCHAROW LLP
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
David J. Goldsmith *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
dgoldsmith@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

*[Additional counsel listed in signature block]*

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | **No. 20-CV-04567 HSG**<br><br>**STIPULATION AND ORDER ENLARGING TIME TO FILE AND WORD COUNT OF SECURITIES PLAINTIFFS-APPELLANTS' REPLY BRIEF**<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |

WHEREAS:

Public Employees Retirement Association of New Mexico ("PERA"), York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, "Securities Plaintiffs-Appellants" or "Securities Plaintiffs"), commenced this bankruptcy appeal on July 2, 2020;

On September 3, 2020, Securities Plaintiffs filed a principal brief together with a multi-volume appendix (ECF Nos. 4-10);

On October 5, 2020, Debtors-Appellees PG&E Corporation and Pacific Gas and Electric Company filed a brief and an appendix (ECF No. 14);

On October 5, 2020, Appellee Official Committee of Tort Claimants ("TCC") filed a brief and an appendix (ECF Nos. 12-13);

Securities Plaintiffs currently have until October 19, 2020 to file a reply brief in further support of this appeal;

Because Securities Plaintiffs are replying to appellee briefs of about 23,300 words in length combined, Securities Plaintiffs seek an additional seven (7) days, to October 26, 2020, in which to file their reply brief;

Similarly, because Securities Plaintiffs are filing a single brief in reply to two appellee briefs, Securities Plaintiffs seek permission to file a reply brief containing an additional 1,400 words, or a total of 7,900 words, consistent with Ninth Circuit Rules 28-5 and 32-2(b);

This is the first request for an enlargement of time in this appeal;

This is the first request to file a brief exceeding the usual word-count limitation; and

Securities Plaintiffs believe the requested enlargement of time will have a negligible, if any, impact on the timeframe for the resolution of this appeal because there is no schedule in place beyond the filing date for reply briefs, and no argument date has been set;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rules 8015(f) and 9006(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 9006-1(c), as made applicable to this appeal by Civil Local Rule 16-4, by and among Securities Plaintiffs-Appellants, Debtors-Appellees, and Appellee TCC, through their counsel of record, that:

1. Securities Plaintiffs-Appellants shall have an additional seven (7) days, through and including October 26, 2020, to file their reply brief in this bankruptcy appeal.

2. Securities Plaintiffs-Appellants shall have permission to file a reply brief containing no more than 7,900 words, excluding the items listed in Bankruptcy Rule 8015(g).

Dated: October 13, 2020

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ David J. Goldsmith*
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
David J. Goldsmith *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
dgoldsmith@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

WAGSTAFFE, VON LOEWENFELDT,
   BUSCH & RADWICK, LLP
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
   & DOWD LLP
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs-Appellants*

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | VANOVERBEKE, MICHAUD <br> & TIMMONY, P.C. |
| 2 |   |   | Thomas C. Michaud <br> 79 Alfred Street |
| 3 |   |   | Detroit, MI 48201 <br> 313-578-1200 |
| 4 |   |   | tmichaud@vmtlaw.com |
| 5 |   |   | *Additional Counsel for Securities Act Plaintiffs-Appellants* |

Dated:  October 13, 2020              WEIL, GOTSHAL & MANGES LLP

By:     */s/ Richard W. Slack*
        Richard W. Slack (*pro hac vice*)
        Theodore E. Tserekides (*pro hac vice*)
        Jessica Liou (*pro hac vice*)
        Matthew Goren (*pro hac vice*)
        767 Fifth Avenue
        New York, NY 10153-0119
        212-310-8000
        richard.slack@weil.com
        theodore.tserekides@weil.com
        jessica.liou@weil.com
        matthew.goren@weil.com

        KELLER BENVENUTTI KIM LLP
        Tobias S. Keller (#151445)
        Peter J. Benvenutti (#60566)
        Jane Kim (#298192)
        650 California Street, Suite 1900
        San Francisco, CA 94108
        415-496-6723
        tkeller@kbkllp.com
        pbenvenutti@kbkllp.com
        jkim@kbkllp.com

        *Attorneys for Debtors-Appellees*

| | | |
|---|---|---|
| 1 | Dated: October 13, 2020 | BAKER & HOSTETLER LLP |
| 2 | | By: */s/ David J. Richardson* |

Robert Julian
Kimberly Morris
David J. Richardson
Lauren T. Attard
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
415-659-2600
rjulian@bakerlaw.com
kmorris@bakerlaw.com
drichardson@bakerlaw.com
lattard@bakerlaw.com

*Attorneys for Appellee Official Committee of Tort Claimants*

<u>E-Filing Attestation</u>

I am the ECF user whose user ID and password were utilized to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained the concurrence in the filing of this document from each of the other signatories above.

                                          */s/ David J. Goldsmith*
                                              David J. Goldsmith

PURSUANT TO STIPULATION, IT IS SO ORDERED. Dated: October 14, 2020

                          HON. HAYWOOD S. GILLIAM, JR.
                          UNITED STATES DISTRICT JUDGE