LABATON SUCHAROW LLP
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

[Additional counsel listed in signature block]

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | **No. 20-CV-04567 HSG**<br><br>**STIPULATION AND ORDER ENLARGING TIME TO FILE SECURITIES PLAINTIFFS-APPELLANTS' BRIEF IN OPPOSITION TO THE TCC'S MOTION TO DISMISS**<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |

WHEREAS:

Public Employees Retirement Association of New Mexico ("PERA"), York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, "Securities Plaintiffs-Appellants" or "Securities Plaintiffs"), commenced this bankruptcy appeal on July 2, 2020;

On September 3, 2020, Securities Plaintiffs filed a principal brief together with a multi-volume appendix (ECF Nos. 4-10);

On October 5, 2020, Reorganized Debtors-Appellees PG&E Corporation and Pacific Gas and Electric Company (together, "PG&E") filed a brief and an appendix (ECF No. 14);

On October 5, 2020, Appellee Official Committee of Tort Claimants ("TCC") filed a brief and an appendix (ECF Nos. 12-13);

On October 26, 2020, Securities Plaintiffs filed a reply brief in further support of this appeal (ECF No. 18);

On February 16, 2021, Appellee TCC filed a motion to dismiss the appeal (ECF No. 19, the "TCC's Motion to Dismiss");

Pursuant to Bankruptcy Rule 8013(a)(3)(A), Securities Plaintiffs currently have until February 23, 2021 to file a brief in opposition to the TCC's Motion to Dismiss;

The TCC's Motion to Dismiss is noticed to be heard not until Thursday, May 13, 2021, at 2:00 p.m;

This is the second request for an enlargement of time in this appeal; and

Securities Plaintiffs believe the requested enlargement of time will have a negligible, if any, impact on the timeframe for the resolution of this appeal in light of the TCC's Motion to Dismiss hearing date being just under three months away;

IT IS HEREBY STIPULATED AND AGREED, by and among Securities Plaintiffs-Appellants and Appellee TCC, through their counsel of record, that:

1      1.     Securities Plaintiffs-Appellants shall have an additional fourteen (14)

2   days, through and including March 9, 2021, to file their brief in opposition to the

3   TCC's motion to dismiss.

4      2.     Appellee TCC shall have seven (7) days, through and including

5   March 16, 2021, to file their reply brief.

6

7   Dated:  February 22, 2021                    Respectfully submitted,

8                                                LABATON SUCHAROW LLP

9                                   By:   /s/ Thomas A. Dubbs
                                          Thomas A. Dubbs *(pro hac vice)*
10                                        Carol C. Villegas *(pro hac vice)*
                                          Jeffrey A. Dubbin (SBN 287199)
11                                        140 Broadway
                                          New York, NY 10005
12                                        212-907-0700
                                          tdubbs@labaton.com
13                                        cvillegas@labaton.com
                                          jdubbin@labaton.com
14
                                          *Lead Counsel for Securities Lead*
15                                        *Plaintiff-Appellant PERA and the Class*

16                                        MICHELSON LAW GROUP
                                          Randy Michelson (SBN 114095)
17                                        220 Montgomery Street, Suite 2100
                                          San Francisco, CA 94104
18                                        415-512-8600
                                          randy.michelson@michelsonlawgroup.com
19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | LOWENSTEIN SANDLER LLP |
| 2 | Michael S. Etkin *(pro hac vice)* <br> Andrew Behlmann *(pro hac vice)* |
| 3 | One Lowenstein Drive <br> Roseland, NJ 07068 |
| 4 | 973-597-2500 <br> metkin@lowenstein.com <br> abehlmann@lowenstein.com |

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

WAGSTAFFE, VON LOEWENFELDT,
 BUSCH & RADWICK, LLP
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
 & DOWD LLP
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs-Appellants*

|   |   |   |
|---|---|---|
| | | VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI 48201<br>313-578-1200<br>tmichaud@vmtlaw.com |
| | | *Additional Counsel for Securities Act Plaintiffs-Appellants* |
| Dated:  February 22, 2021 | | BAKER & HOSTETLER LLP |
| | By: | */s/ David J. Richardson*<br>Robert Julian<br>Kimberly Morris<br>David J. Richardson<br>Lauren T. Attard<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111<br>415-659-2600<br>rjulian@bakerlaw.com<br>kmorris@bakerlaw.com<br>drichardson@bakerlaw.com<br>lattard@bakerlaw.com |
| | | *Attorneys for Appellee Official Committee of Tort Claimants* |

E-Filing Attestation

I am the ECF user whose user ID and password were utilized to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained the concurrence in the filing of this document from each of the other signatories above.

/s/ Thomas A. Dubbs
Thomas A. Dubbs

PURSUANT TO STIPULATION, IT IS SO ORDERED. Dated: February 23, 2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE