LABATON SUCHAROW LLP
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

*[Additional counsel listed in signature block]*

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 20-cv-04567-HSG<br><br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Public Employees Retirement Association of New Mexico ("**Securities Lead Plaintiff**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, on behalf of itself and the proposed class it represents in the Securities Litigation, together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively with Securities Lead Plaintiff, "**Securities Plaintiffs**"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's final *Order Affirming the Bankruptcy Court's Ruling on the Insurance Deduction* dated and entered on August 10, 2021 [ECF No. 29] in the above captioned action, as well as all prior related adverse orders and rulings including, but not limited to, the Bankruptcy Court's June 19, 2020 rulings from the bankruptcy action captioned as *In re PG&E Corporation and Pacific Gas and Electric Company*, Case No. 19-30088 (DM).

Securities Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: September 9, 2021

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Thomas A. Dubbs*
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

WAGSTAFFE, VON LOEWENFELDT,
  BUSCH & RADWICK, LLP
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN
  & DOWD LLP
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| 2 | & DOWD LLP |
| | Willow E. Radcliffe (SBN 200089) |
| 3 | Kenneth J. Black (SBN 291871) |
| | Post Montgomery Center |
| 4 | One Montgomery Street, Suite 1800 |
| | San Francisco, CA 94104 |
| 5 | 415-288-4545 |
| | willowr@rgrdlaw.com |
| 6 | kennyb@rgrdlaw.com |

*Counsel for Securities Act Plaintiffs-Appellants*

VANOVERBEKE, MICHAUD
 & TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
313-578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Securities Act Plaintiffs-Appellants*

NOTICE OF APPEAL
No. 20-CV-04567 HSG