LABATON SUCHAROW LLP
Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

*[Additional counsel listed in signature block]*

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 20-cv-04567-HSG<br><br>**SECURITIES PLAINTIFFS' REPRESENTATION STATEMENT** |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | |

The undersigned represent Public Employees Retirement Association of New Mexico ("**Securities Lead Plaintiff**" or "**Appellant**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, on behalf of itself and the proposed class it represents in the Securities Litigation, together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (the "**Securities Act Plaintiffs**," collectively with Securities Lead Plaintiff, "**Securities Plaintiffs**" or "**Appellants**"). Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Securities Lead Plaintiff submits this Representation Statement. The following list identifies all parties to this action and identifies their respective counsel by name, firm, address, telephone number, and email.

| PARTY | COUNSEL OF RECORD |
|---|---|
| Debtors or Appellee | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice)*<br>Richard W. Slack (*pro hac vice*)<br>Jessica Liou (*pro hac vice*)<br>Matthew Goren (*pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: 212 310 8000<br>Fax: 212 310 8007<br>stephen.karotkin@weil.com<br>theodore.tsekerides@weil.com<br>richard.slack@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (SBN 151445)<br>Jane Kim (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |

| | |
|---|---|
| | Telephone: (415) 496-6723<br>Fax: (650) 636-9251<br>tkeller@kbkllp.com<br>jkim@kbkllp.com |
| PG&E Corporation | LATHAM & WATKINS LLP<br>James E. Brandt (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Fax: (212) 751-4864<br>james.brandt@lw.com<br><br>LATHAM & WATKINS LLP<br>Michael J. Reiss (SBN 275021)<br>355 S. Grand Ave., Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Fax: (213) 891-876<br>michael.reiss@lw.com |
| Official Committee of Tort Claimants | BAKER & HOSTETLER LLP<br>Robert Julian (SBN 88469)<br>Kimberly Morris (SBN 249933)<br>David J. Richardson (SBN 168592)<br>Lauren T. Attard (SBN 320898)<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA<br>Telephone: (415) 659-2600<br>Fax: (415) 659-2601<br>rjulian@bakerlaw.com<br>kmorris@bakerlaw.com<br>drichardson@bakerlaw.com<br>lattard@bakerlaw.com<br><br>MACCONAGHY & BARNIER PLC<br>John H. MacConaghy (SBN 83684)<br>645 1st Street W #D<br>Sonoma, CA 95476<br>Telephone: (707) 935-3205<br>macclaw@macbarlaw.com<br><br>BROWN RUDNICK LLP<br>Eric R. Goodman (*pro hac vice*)<br>127 Public Square<br>Cleveland, OH 44114-1214<br>Telephone: (216) 861-7418<br>Fax: (216) 696-0740<br>egoodman@brownrudnick.com |

| Shareholder Proponents | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Telephone: (213) 489-3939<br>Fax: (213) 243-2539<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
|---|---|

Dated: September 9, 2021

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Thomas A. Dubbs*

Thomas A. Dubbs *(pro hac vice)*
Carol C. Villegas *(pro hac vice)*
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, NY 10005
212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com

*Lead Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
415-512-8600
randy.michelson@michelsonlawgroup.com

LOWENSTEIN SANDLER LLP
Michael S. Etkin *(pro hac vice)*
Andrew Behlmann *(pro hac vice)*
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com

*Bankruptcy Counsel for Securities Lead Plaintiff-Appellant PERA and the Class*

WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

ROBBINS GELLER RUDMAN & DOWD LLP
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

*Counsel for Securities Act Plaintiffs-Appellants*

VANOVERBEKE, MICHAUD
& TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
313-578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Securities Act Plaintiffs-Appellants*